Order issued: December _21_ , 2012

005334



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01708-CV

**HAL RACHAL, JR., Appellant**

**V.**

**LETKIEWICZ & FOSTER, Appellee**

On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-09-2413-2

# ORDER

We **ORDER** appellant to file his brief on or before January 18, 2013.


CAROLYN WRIGHT
CHIEF JUSTICE